IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>VALENTIN YEPEZ,<br><br>              Defendant. | **8:18CR351**<br><br>**ORDER** |

Upon the filing of plaintiff's interlocutory appeal,

IT IS ORDERED:

This matter is removed from the trial calendar until further order, pending a ruling by the Court of Appeals.

August 6, 2019.

                                              BY THE COURT:

                                              s/ Michael D. Nelson
                                              United States Magistrate Judge