IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18-CR-351 |
| vs. | |
| | ORDER |
| VALENTIN YEPEZ, | |
| Defendant. | |

The above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. *See* filing 46. Accordingly,

IT IS ORDERED:

1.   The defendant's motion to seal (filing 47) is granted.

2.   The defendant's motion to proceed in forma pauperis (filing 46) is granted.

3.   Jason E. Troia is appointed pursuant to the Criminal Justice Act as attorney of record for the above-named defendant in this matter and shall file an appearance in his capacity as appointed counsel.

4.   The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the

name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

5.    The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

Dated this 12th day of August, 2019.

BY THE COURT:

_John M. Gerrard_____

John M. Gerrard
Chief United States District Judge