IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18-CR-351 |
| vs. | ORDER |
| VALENTIN YEPEZ, | |
| Defendant. | |

IT IS ORDERED

1. The government's Motion to Dismiss (filing 55) is granted.

2. Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

3. The indictment is dismissed without prejudice.

4. This case is closed.

Dated this 6th day of September, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge